UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

15 JUL -2 PM 2:21

GeneDeShawn M. WATKINS
1146 So 42nd StR
Louisville, Ky 40211
**name of plaintiff(s)**

v.

Civil Case No. 3:15-cv-580-DJH

FBI
12401 Sycamore Station
Louisville, Ky 40299
**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   I am like the 21st century Dred Scott I am a indentured servant for the U.S Government my 13,14,15 admendment rights are bein violated

2. Plaintiff, GeneDeShawn M. WATKINS resides at 1146 So 42nd StR, Louisville
   street address / city
   Jefferson, Ky, 40211, (502) 290-7438
   county / state / zip code / area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, __FBI__ lives at, or its business is located at __12401 Sycamore Station__,
street address
__Louisville__, __Jefferson__, __KY__,
city        county        state
__40299__.
zip code

(if more than one defendant, provide the same information for each defendant listed above):

Sen. Mitch McConnell, WAVE 3, WHAS11, FOX, BET, MSNBC, ABC,

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

May/28/02. I was takened host by CIA Simmons and LMPD agents have my house surrounded in stake out houses havin orgies and the federal agents have my house bugged and they passin out the federal bugs of my house to local news reporters and National reporters FBI keep dismissin the truth I got addresses an lic plates in my old lawsuits I filed w/ state civil my 4th admendment rights are violated my 13, 14, 15 admendment rights are bein violated agents are doing unlawful entry and committin even more crimes my inventions and cure for cancer could have got stolen so I didnt have no money so I email my Idea's to ABC cuz them bugs are in my house and corporations was listenin in my house threw them gov. Earphones passin out gov. Equipment is esponage and agents is passin out gov. Equipment

5. Prayers for Relief (list what you want the Court to do):

   a. I like for justice to be served my name cleared cuz if FBI was a business I have them for defamat

   b. _____

   c. _____

   d. _____

6. Request for a Jury Trial    _____    ✓
                                 yes        no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this July day of 2nd, 2015.

GeneDeShawn M. Watkins

(signature of plaintiff (s))

Gene DeShawn M. Watkins
1146 So 42nd Str
Louisville, KY 40211

vs

FBI
12401 Sycamore Station
Louisville, KY 40299

May/28/02 I was takened hostage and drugged by CIA and CMPD my civil liberties was violated I was drugged by some handcuffs that had some kind of sex solution on them once the handcuff sqweezed it injected me w/ some kind of sex drug, it dont stop their then the feds moved on both sides of me and brought camera's that see threw walls and clothes which is a violation of my 4th admendment rights its called illegal search and procedure then on Nov/17/2009 or 10 a agent was involved in a rape at 1144 So 42nd str a cop was present to hear the woman say rape also the feds have camera's at 1148 So 42nd str 1145 So 42nd str 4200 virginia Ave 4220 virginia ave in some of these staked out houses like 1144 So 42nd the agents was havin sex w/ minors which is statory rape in these staked out houses they havin orgies illegal sex rings thats low level prostitution they doin unlawful entry discimination IG Micheal brought 2 semi automatics to 1148 So 42nd thats deadly intent then Mitch McConnell brought the murderous crit next door to me at 1148 So 42nd Str thats conspiracy to commit murder, attempt of murder, premeditated murder, also unbecoming of an officer, esponage why I say esponage cuz agents was given out earphones gov equipment to news reporters of my house so news reporters was listenin into my house but also I have a gift to make women have orgasms w/o touchin which transmitt threw them earphones and agents be havin sex to them earphones that's illegal cuz agents cant have sex to government equipment cuz of my gift I should be compensated but I am Not so I am the Dred Scott of the 21st

century which means my 13,14,15 amendment of rights are being violated also that agent his case was shown on TV they said they was police cadets but they was agents it was on local news of that agent that was held on rape when the woman said rape the guy agent said official business to the cop so 2mos later my neighbors for the longest moved and then months later some more agents moved in 1144 so 42nd str and that's when I seen agents doin statory rape the girl wasn't even out of elementary at montgomery apartments agents at Apt 202 + 204 I use to live in apt 203 where sheivly police was blackmailin agents its called extortion and they was pistol woopin the female agents but the agents use to break in my house thats unlawful entry over their I felt my life was in danger cuz of unlawful entry I felt my life was in danger so again its conspiracy to murder, attempt of murder, premeditated murder plus they was havin sex that unbecoming of an offericer low level prostitution and they was havin sex to my Gift also that illegal cuz agents can't have sex to government equipment also w/ them camera's that seethrew walls and clothes female agent be reckless eyeballin and peep tommin peepin tommin been on the book for decades and to have them camera's put up first feds broke the law right off bat cuz peepin tommin been on the books for decades so they broke the law by puttin up them camera's that see threw walls and clothes plus the feds it illegal to do retaliation and also it illegal for feds to study atnatomy cuz u can find ways to kill a person by studin atnatomies this is a violation of my civil liberties (violation:) civil liberties, reckless eyeballin, peepin tommin, conspiracy to commit murder, retaliation, premeditated murder, attempt of murder, esponage, unbecomins of an officer, studin people atnatomy now I put in numerous lawsuits and I been dismissed on every one of them now if I lyin thats 5to7 yrs but u know something I wrote them lawsuits a yr ago and I am still free so I cant be lyin
(case no) 12-CI-000705, 13-CI-000265 14-CI-003870, 14-CI-004484, 14-CI-004636