UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GENE DESHAWN M. WATKINS                                                                               PLAINTIFF

v.                                                           CIVIL ACTION NO. 3:15CV-580-JHM

FBI *et al.*                                                                            DEFENDANTS

**MEMORANDUM OPINION**

By Order entered July 28, 2015 (DN 4), the Court granted Plaintiff Gene DeShawn M. Watkins' motion for leave to proceed *in forma pauperis*. On August 3, 2015, the U.S. Postal Service returned Plaintiff's copy of the Order to the Court with the returned envelope marked "Moved Left No Address, Unable to Forward, Return to Sender" (DN 5).

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Because Plaintiff has not provided any notice of an address change to the Court, neither notices from this Court nor filings by Defendants can be served on him.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of an action if a plaintiff fails to prosecute or to comply with an order of the court. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal."). "Further, the United States Supreme Court has recognized that courts have an inherent power to manage their own affairs and may

dismiss a case sua sponte for lack of prosecution." *Lyons-Bey v. Pennell*, 93 F. App'x 732, 733 (6th Cir. 2004) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date: September 14, 2015

                                       **Joseph H. McKinley, Jr., Chief Judge**
                                          **United States District Court**

cc: Plaintiff, *pro se*
4414.005