UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**GENE DESHAWN M. WATKINS**                                                                                   **PLAINTIFF**

v.                                                                                     CIVIL ACTION NO. 3:15CV-580-JHM

**FBI** *et al.*                                                                                                 **DEFENDANTS**

### MEMORANDUM OPINION

This matter is before the Court on initial review of Plaintiff Gene DeShawn M. Watkins' *pro se*, *in forma pauperis* complaint (DN 1) and amended complaint (DN 13) pursuant to 28 U.S.C. § 1915(e)(2). For the reasons that follow, the action will be dismissed.

**I.**

Plaintiff completed a general complaint form to initiate this action. As Defendants in the complaint, Plaintiff names the FBI, Senator Mitch McConnell, WAVE3, Whas11, FOX, BET, MSNBC, and ABC. As the grounds for filing this case in federal court, Plaintiff states, "I am like the 21st century Dred Scott I am a indentured servant for the U.S Government my 13, 14, 15 admendment rights are bein violated." In the statement-of-claim section of the complaint form, Plaintiff alleges as follows:

> May/28/02 I was takened host by CIA Simmons and LMPD agents have my house surrounded in stake out houses havin orgies and the federal agents have my house bugged and they passin out the federal bugs of my house to local news reporters and National reporters FBI keep dismissin the truth I got addresses an lic plates in my old lawsuits I filed w/ state civil my 4th admendment rights are bein violated agents are doing unlawful entry and committin even more crimes my inventions and cure for cancer could have got stolen so I didnt have no money so I Email my Idea's to ABC cuz them bugs are in my house and corporations was listenin in my house threw them gov. Earphones passin out gov. Equipment is esponage and agents is passin out gov. Equipment[.]

In additional pages attached to his complaint form, Plaintiff restates many of the foregoing allegations and states the following additional allegations, among others:  he was "drugged by CIA and LMPD"; "the feds moved on both sides of me and brought camera's that see threw walls and clothes . . . its called illegal search and procedure"; "IG Micheal brought 2 semi automatics to 1148 so 42nd thats deadly intent then Mitch McConnell brought the murderous crit next door to me"; and "I use to live in apt 203 where Sheivly police was blackmailin agents its called extortion and they was pistol woopin the female agents."  As relief in the complaint, Plaintiff asks "for justice to be served my name cleared."

Plaintiff filed his amended complaint on a form for filing a civil-rights action pursuant to 42 U.S.C. § 1983 and/or *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).  He names FBI Head Agent Howard Marshal as Defendant.  He alleges a Fourth Amendment violation "cuz federal agent are lookin threw camera's that see threw walls and clothes."  He claims, "I was takened hostage by CIA Simmons and LMPD May/28/02 also takened captive it was a rape . . . involvin a agent and a cop was present to hear the woman say rape this happened Nov/17/09 or 2010."  He further claims that "the guy who police said killed my sister walked now feds been watchin me since May/28/02 I never been approached I gave lic Places of agents who say they not agents that's entrapment."  He believes that "some how the feds got something on my x wife" and indicates that he has heard that his daughter is an agent in "the organization."  Plaintiff alleges "retaliation, unbecoming of an officer, conspiracy to murder, reckless eyeballin, peepin tommin, low level prostitution, attempt of murder, murder, taken me hostage and captive, abuse of force."  Finally, he contends that he "was assaulted, raped by a female agent while under anistegia I might have a kid by a femal agent this has caused me emotional distress mental

distress my family lives are in danger." As relief in the amended complaint, Plaintiff seeks $10 billion.

## II.

Because Plaintiff is proceeding *in forma pauperis*, the Court must review this action under 28 U.S.C. § 1915(e). On review, a district court must dismiss a case at any time if it determines that the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

A claim is legally frivolous when it lacks an arguable basis either in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The Court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. *Id.* at 327. "Examples of the former class are claims against which it is clear that the defendants are immune from suit . . . and claims of infringement of a legal interest which clearly does not exist[.]" *Id.* "Examples of the latter class are claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar." *Id.* at 328; *Denton v. Hernandez*, 504 U.S. 25, 33 (1992) (indicating that an action has no arguable factual basis when the allegations are delusional or "rise to the level of the irrational or the wholly incredible"). The Court need not accept as true factual allegations that are "'fantastic or delusional'" in reviewing a complaint for frivolousness. *Hill v. Lappin*, 630 F.3d 468, 471 (6th Cir. 2010) (quoting *Neitzke*, 490 U.S. at 328).

Here, Plaintiff's allegations contain no legal theories upon which a valid federal claim may rest and are delusional and fictitious. Therefore, dismissal on the basis of frivolousness is appropriate. *See Abner v. SBC (Ameritech)*, 86 F. App'x 958, 958-59 (6th Cir. 2004).

In addition, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The instant complaint meets this standard as well.

For the foregoing reasons, the instant action will be dismissed by separate Order.

The Court advises that in the complaint and amended complaint, Plaintiff makes allegations very similar to allegations made in other lawsuits filed in or removed to this Court and which this Court dismissed as frivolous and/or for lack of subject-matter jurisdiction due to the complaint describing "fantastic or delusional scenarios." *See, e.g.*, *Watkins v. Fed. Bureau of Investigation*, No. 3:14CV-585-JGH (finding that complaint fit within the "essentially fictitious" pleadings standard where Plaintiff alleged, among other things, federal cameras which could see through clothes and walls were in his ceiling fan and F.B.I. agents made death threats against him and were having sex with little girls in a sex slave ring); *Watkins v. Fed. Bureau of Investigation*, No. 3:13CV-204-CRS (finding that complaint with similar allegations described "fantastic or delusional scenarios" and must be dismissed for failure to state a claim upon which relief may be granted and for lack of subject-matter jurisdiction). **Plaintiff is WARNED that his continued filing of complaints concerning these frivolous allegations may result in possible sanctions and filing restrictions**.

Date: May 13, 2016

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: Plaintiff, *pro se*
4414.005

4